## 5

Victor PINEDA v. STATE. (No. 9304.) (Court of Criminal Appeals of Texas. May 27, 1925.) Appeal from District Court, Wilson County; Covey C. Thomas, Judge. J. O. Wiseman, of Lavemia, and S. B. Carr, of Floresville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction in the district court of Wilson county for murder; punishment, 50 years in the penitentiary. The case comes before us without any complaint of any procedure in the trial of same. No exceptions were taken to the charge of the court, nor to the reception or rejection of any testimony. We have gone carefully over the statement of facts, and see no benefit to accrue from a lengthy recital of same. The testimony for the state sufficiently shows that appellant participated in the murder of one Mr. Neill for no other purpose than getting from Neill the little money which he had. The state used one of the participants in the commission of

the crime as a witness. The testimony abundantly meets the requirements of the law in the matter of corroboration of this witness. Finding no error in the record, the judgment will be affirmed.

---

**1**

George VALLEJO v. STATE. (No. 9197.) (Court of Criminal Appeals of Texas. June 17, 1925.) Appeal from Criminal District Court, Cameron County; A. W. Cunningham, Judge. A. L. Lewis, of Harlingen, for appellant. Tom Garrard, State's Atty., and 'Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for transporting intoxicating liquor. Punishment, two years in the penitentiary. Appellant and two other parties were jointly indicted. A severance was granted. When appellant's case was called, he entered a plea of guilty. The statement of facts appear to have been filed too late to be considered. However, it had been examined before the delayed filing was noticed. Nothing appears therein which would authorize disturbing the verdict. The judgment is affirmed.

---

**2**